## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>BAUSCH & LOMB OPTICAL COMPANY,<br>*et al.*,<br>    Defendants. | 1:20-mc-789<br><br>(originally Civil Action No. 10-393) |

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED: JAN 0 4, 2021

## ▮▮▮▮ ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for

termination of the final judgment entered in the above-captioned case, and the Court having

considered all papers filed in connection with this motion, and the Court finding that it is

appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: JAN 0 4, 2021

George B. Daniel
United States District Court Judge
Southern District of New York